FILED
CLERK, U.S. DISTRICT COURT

APR 1 5 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

v.

Daniel Alexander Medina Mera,

                Defendant.

Case No.: CR 25-0237-CV

ORDER OF DETENTION

## I.

A.  (✓)   On motion of the Government in a case allegedly involving:

    1.  (✓)   a crime of violence.

    2.  ( )   an offense with a maximum sentence of life imprisonment or death.

    3.  ( )   a narcotics or controlled-substance offense with a maximum sentence of 10 or more years.

    4.  ( )   any felony if defendant has been convicted of two or more prior offenses described above.

    5.  ( )   any felony not otherwise a crime of violence that involves a minor victim, possession or use of a firearm or destructive device or any other dangerous weapon, or failure to register under 18 U.S.C. § 2250.

B.    (✓)    On motion by the Government/(  ) on Court's own motion, in a case
      allegedly involving:

      (✓)    On the further allegation by the Government of:

             1.    (✓)    a serious risk that the defendant will flee.

             2.    (  )    a serious risk that the defendant will:

                   a.    (  )    obstruct or attempt to obstruct justice.

                   b.    (  )    threaten, injure or intimidate a prospective witness or
                          juror, or attempt to do so.

C.    The Government (  ) is/(  ) is not entitled to a rebuttable presumption that no
      condition or combination of conditions will reasonably assure the defendant's
      appearance as required and the safety or any person or the community.


                                    **II.**

A.    (✓)    The Court finds that no condition or combination of conditions will
             reasonably assure:

             1.    (✓)    the appearance of the defendant as required.

                   (✓)    and/or

             2.    (✓)    the safety of any person or the community.

B.    (  )    The Court finds that the defendant has not rebutted by sufficient evidence to
             the contrary the presumption provided by statute.


                                    **III.**

      The Court has considered:

A.    (✗)    the nature and circumstances of the offense(s) charged, including whether
             the offense is a crime of violence, a Federal crime of terrorism, or involves
             a minor victim or a controlled substance, firearm, explosive, or destructive
             device;

B.    (✗)    the weight of the evidence against defendant;

1   C.   (✗)   the history and characteristics of the defendant; and

2   D.   (✗)   the nature and seriousness of the danger to any person or the community.

3

4                                      IV.

5         The Court also has considered all the evidence adduced at the hearing, the

6   arguments and/or statements of counsel, and the Pretrial Services Report and

7   recommendation.

8

9                                      V.

10        The Court bases the foregoing finding(s) on the following:

11  A.   (✓)   Flight risk:

12  undocumented status, close family ties to Ecuador,

13  including a home there, and limited ties here, insufficient

14  bail resources, ~~and weak ties to community~~

15  _____

16  _____

17  _____

18  _____

19  _____

20

21  B.   (✓)   Danger:

22  allegations of the indictment, including use of

23  fake gun and binding victim

24  _____

25  _____

26  _____

27  _____

28  _____

1

**VI.**

2   A.   ( )   The Court finds a serious risk that defendant will:

3            1.   ( )   obstruct or attempt to obstruct justice.

4            2.   ( )   attempt to/ ( ) threaten, injure or intimidate a witness or juror.

5   B.   The Court bases the foregoing finding(s) on the following:

6         _____

7         _____

8         _____

9

10

**VII.**

11   A.   IT IS THEREFORE ORDERED that the defendant be detained before trial.

12   B.   IT IS FURTHER ORDERED that the defendant be committed to the custody of the

13         Attorney General for confinement in a corrections facility separate, to the extent

14         practicable, from persons awaiting or serving sentences or being held in custody

15         pending appeal.

16   C.   IT IS FURTHER ORDERED that the defendant be afforded reasonable opportunity

17         for private consultation with counsel.

18   D.   IT IS FURTHER ORDERED that on order of a Court of the United States or on

19         request of any attorney for the Government, the person in charge of the corrections

20         facility in which defendant is confined deliver the defendant to a U.S. marshal for

21         the purpose of an appearance in connection with a court proceeding.

22

23

24   DATED: 4/15/25

25                          JEAN ROSENBLUTH
                                 U.S. MAGISTRATE JUDGE

26

27

28